UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 5, 2009**

Mr. Martin Bowen
Mr. Charles Alagood
Mitchell, Blackstock, Barnes, Wagoner, Ivers & Sneddon
Post Office Box 1510
Little Rock, AR 72203-1510

     Re:    *Larry Griffis, et al. v. Anadarko E&P Company LP, et al.* --
               4:08-CV-01974-WRW

Dear Counsel:

You contend that the 1936 deed did not include oil and gas, but the deed does refer to drilling and pipelines. What could this contemplate other than removing oil and gas from beneath the surface?

Please give me a one or two page letter brief on this point by Wednesday, August 12, 2009.

                                                       Cordially,

                                                   /s/ Wm. R. Wilson, Jr.

Original to Clerk of the Court
cc:   Other Counsel of Record