**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 17, 2009**

Mr. Rex Terry
Hardin, Jesson & Terry
Post Office Box 10127
Fort Smith, AR 72903-0127

Mr. Michael Millar
Millar Gibson, P.A.
Post Office Box 1406
Searcy, AR 72145-1406

     Re: *Larry Griffis, et al. v. Anadarko E&P Company, LP et al*. -- 4:08-CV-01974

Dear Counsel:

When this deed was executed in 1936, assuming that oil and gas drilling was well known in White County at that time, why didn't the excellent lawyers for the railroad company simply include oil and gas in the deed?

It's not likely that the railroad company wasn't represented by competent counsel.

Please give me a short letter brief on this point by noon this Thursday, August 20, 2009.

As counsel for each party can probably discern, I find the answer in this case more elusive than I originally thought.

                                  Cordially,

                                  Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:     Other Counsel of Record