# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LARRY GRIFFIS,** *et al.*                                                                              **PLAINTIFFS**

**vs.**                                                **4:08CV01974 WRW**

**ANADARKO E&P COMPANY LP,** *et al.*                                                  **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed.

IT IS SO ORDERED this 24th day of August, 2009.

                                                  /s/ Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE